**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:24-cv-25085-JB

COSME DE CALDERON LEMUS,

      Plaintiff,

v.

BELGA ENTERPRISES, INC.,

      Defendant.

_____/

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant, BELGA ENTERPRISES, INC. ("Defendant"), by and through its undersigned counsel, respectfully submits the following five proposed voir dire questions to be asked of prospective jurors by the Court in accordance with this Court's instructions.

1. Plaintiff is represented by Jason S. Remer and REMER, GEORGES-PIERRE, AND HOOGERWOERD, PLLC. Are you familiar with or do you have any relationship with anyone representing the Plaintiff?

2. Do you believe it is important to hear both sides of every story before deciding who is right and who is wrong?

3. In a dispute between an employer and an employee, would you begin such a dispute by tipping the scales slightly in favor of the employee, or can you assure the Court and the Parties that you would be impartial? Why?

4. Should you find yourself in a situation where your personal opinion conflicts with the law and you believe that the law is not right, would you still be able in that situation to follow the law and apply the facts to it in this case?

5. Do you believe that a company deserves the same justice and impartiality in court as an individual?

Respectfully submitted, this 10th day of February, 2026.

> Adi Amit, P.A.
> *Attorneys for Defendant*
> 101 Centre
> 101 N.E. Third Avenue, Suite 300
> Fort Lauderdale, Florida 33301
> Phone: (954) 533-5922
> E-mail: adi@defenderofbusiness.com
>
> By: *s/Adi Amit*
> Adi Amit, Esquire
> Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2026, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> /s/ *Adi Amit*
> Adi Amit

## SERVICE LIST

*Cosme de Calderon Lemus v. Belga Enterprises, Inc.*
Case No. 1:24-cv-25085-JB

Jason S. Remer, Esquire
REMER, GEORGES-PIERRE, AND
HOOGERWOERD, PLLC
2745 Ponce De Leon Blvd.
Miami, FL 33134
jremer@rgph.law
*Counsel for Plaintiff*

Adi Amit, Esquire
ADI AMIT, P.A.
101 Centre
101 NE Third Avenue
Suite 300
Fort Lauderdale, Florida 33301
adi@defenderofbusiness.com
*Counsel for Defendants*